MERRILL LYNCH EQUITY, INC., ET AL. *v.*
LEON E. COOPER ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

*Leon E. Cooper* and *Mary P. Cooper,* pro se, in support of the petition.

*John B. Nolan* and *Kirk D. Tavtigian, Jr.,* in opposition.

Decided May 14, 1987

FREDERICK PAYNE *v.* CARL ROBINSON, WARDEN

The plaintiff's petition for certification for appeal from the Appellate Court, 10 Conn. App. 395, is granted, with limitation.

*James V. Guarino,* in support of the petition.

Decided May 14, 1987

STATE OF CONNECTICUT *v.* LUIS PEREZ

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 279, is denied.

*G. Douglas Nash,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided May 14, 1987